IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

JEFFREY D. TREVILLION, *Special Adm'r for the Estate of* MAURICE PENDLETON, *deceased*,

    *Plaintiff*,

*vs.*

BD. of OKLA. CTY. COMM'RS for OKLA. CTY., OKLA., *et al.*,

    *Defendants*.

Case No. 18-cv-0707-G

## MOTION OF DEFENDANT, BOARD OF COUNTY COMMISSIONERS OF OKLAHOMA COUNTY FOR STIPULATED JUDGMENT

1. This matter was amicably settled.

2. In order to effectuate the settlement, the Board of County Commissioners of Oklahoma County ("BOCC") requests that the Court approve the settlement pursuant to 51 OS §158(A).

3. The terms of the settlement are that the Plaintiff has agreed to a Stipulated Judgment against the BOCC in the amount of $1,250,000.00. A proposed Stipulated Judgment will be submitted separately in accord with the ECF Manual.

4. The Plaintiff has authorized entry of the Stipulated Judgment.

5. The Plaintiff and BOCC agree that no known outstanding liens exist that have not been retired by an agreement between Plaintiff and any lienholder.

6. The parties have agreed that each shall absorb their own attorney fees and costs.

7. The proposed Stipulated Judgment is also supported by a written common law release of all claims and releases the BOCC and all employees and officials.

8. The parties have agreed to waive any hearing by the Court regarding the foregoing and the proposed Stipulated Judgment.

    Respectfully submitted,

    s/ Randall J. Wood
    Robert S. Lafferrandre, OBA #11897
    Randall J. Wood, OBA #10531
    PIERCE COUCH HENDRICKSON
    BAYSINGER & GREEN, L.L.P.
    1109 North Francis Avenue
    Oklahoma City, OK 73106
    rlafferrandre@piercecouch.com
    rwood@piercecouch.com
    *Attorneys for Defendants Board of County Commissioners of Oklahoma County*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 1, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

J. Spencer Bryan
Steven J. Terrill
BRYAN & TERRILL LAW, PLLC
9 East 4th Street, Suite 307
Tulsa, OK 74103
jsbryan@bryanterrill.com
sjterrill@bryanterrill.com

Damario D. Solomon-Simmons
M. David Riggs
Kymberli J.M. Heckenkemper
RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS
502 West 6th Street
Tulsa, OK 74119
dsimmons@riggsabney.com
driggs@riggsabney.com
kheckenkemper@riggsabney.com
Melvin C. Hall
RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS
528 N.W. 12th Street
Oklahoma City, OK 73103
mhall@riggsabney.com
*Attorneys for Plaintiffs*

James L. Gibbs, II
GOOLSBY, PROCTOR, HEEFNER & GIBBS, PC
701 N. Broadway Avenue, Suite 400
Oklahoma City, OK 73102-6006
(405) 524-2400/(405) 525-6004 (F)
jgibbs@gphglaw.com
*Attorney for Defendant, Tommie Johnson III in his Official Capacity as Sheriff of Oklahoma County*

John W. Coyle, III
W. Brett Behenna
COYLE LAW FIRM
125 Park Avenue, 1st Floor
Oklahoma City, OK 73102
jc@coylelaw.com
bc@coylelaw.com
*Attorneys for Defendant Brian Maughan, individually*

W. R. Moon, Jr.
Chris J. Collins
COLLINS, ZORN & WAGNER, P.C.
429 N.E. 50th Street, 2nd Floor
Oklahoma City, OK 73105-1815
wrm@czwlaw.com
cjc@czwlaw.com
*Attorney for Defendant, P.D. Taylor, individually*

                    s/ Randall J. Wood
                    Randall J. Wood