UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JEFFREY D. TREVILLION JR.,** ) <br> **Special Administrator for the** ) <br> **Estate of Maurice Pendleton, Deceased,** ) <br>  ) <br> **Plaintiff,** ) <br>  ) <br> v.  ) <br>  ) <br> **BOARD OF COUNTY** ) <br> **COMMISSIONERS FOR** ) <br> **OKLAHOMA COUNTY,** ) <br> **OKLAHOMA, et al.,** ) <br>  ) <br> **Defendants.** ) | Case No. CIV-18-707-G |

## **ORDER**

On April 30, 2021, the court entered an Administrative Closing Order ("ACO," Doc No. 140) based on the representation of counsel that there was an agreed settlement of all claims. The ACO administratively terminated the action and provided the parties 60 days to either submit their closing papers or seek leave to reopen the case, for good cause shown, for any other purpose necessary to obtain a final determination of the action. Subsequently, Plaintiff filed a Motion to Approve Apportionment of Settlement Proceeds, Approving Amount of Attorney Fees and Costs, and Establishing Trusts for Minor Children (Doc. No. 141), and a Defendant filed a Motion for Stipulated Judgment (Doc. No. 143).

As prescribed by the Court's ACO, the parties may seek leave to reopen the case to allow the Court's consideration of the pending motions and final resolution of this action.

IT IS SO ORDERED this 14th day of June, 2021.

_____
CHARLES B. GOODWIN
United States District Judge