UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

(1) JEFF TREVILLION,
Special Administrator for
the Estate of MAURICE
PENDLETON, deceased,

      Plaintiff,

v.

(1) BOARD OF COUNTY
COMMISSIONERS FOR
OKLAHOMA COUNTY,
OKLAHOMA, *et al*.

      Defendants.

Case No.: 18-CV-707-G

**JOINT MOTION TO REOPEN**

Pursuant to this Court's order (ECF 144), the parties jointly move this Court to reopen the litigation for the limited purpose of permitting the Court to rule on the following: (1) the proposed stipulated judgment (ECF 143); and (2) Estate's motion to approve the settlement and allocate proceeds (ECF 141).

WHEREFORE, the parties jointly request the Court grant the motion.

      Respectfully submitted,

      BRYAN & TERRILL

      *s/J. Spencer Bryan*
      J. Spencer Bryan, OBA # 19419
      Steven J. Terrill, OBA # 20869
      BRYAN & TERRILL LAW, PLLC
      3015 E. Skelly Dr., #400
      Tulsa, OK 74105
      Tele/Fax:   (918) 935-2777

jsbryan@bryanterrill.com
*Attorneys for Plaintiff*


s/Randall Wood
Robert S. Lafferrandre, OBA No. 11897
Randall J. Wood, OBA No. 10531
PIERCE COUCH HENDRICKSON
BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
Email: rwood@piercecouch.com

2